1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ARMAND D. ROTH
4  Special Assistant United States Attorney
   California Bar No. 214624
5
        333 Market Street, Suite 1500
6       San Francisco, California 94105
        Telephone: (415) 977-8924
7       Facsimile: (415) 744-0134
        E-Mail:Armand.Roth@ssa.gov
8
9  Attorneys for Defendant Commissioner of Social Security

10                      UNITED STATES DISTRICT COURT

11                      EASTERN DISTRICT OF CALIFORNIA

12                           **SACRAMENTO DIVISION**

13  HERBERT L. MATHIS,                )
                                      )      CIVIL NO. 10-cv-01789-CMK
14        Plaintiff,                  )
                                      )      STIPULATION AND ORDER EXTENDING
15        v.                          )      TIME FOR DEFENDANT TO FILE BRIEF
                                      )
16  MICHAEL J. ASTRUE,                )
    Commissioner of                   )
17  Social Security,                  )
                                      )
18        Defendant.                  )
19  _____    )

1  IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Defendant shall have a 30-day extension of time, up to February 9, 2011, to file the opposition or cross-motion. This extension is requested because this case was recently reassigned to Defendant's counsel who is unfamiliar with the merits of this case and needs additional time to evaluate it.

Respectfully submitted,

/s/ Shanny J. Lee  *
SHANNY J. LEE
Plaintiff's Attorney
* by Armand Roth by email authorization of 1/5/11

BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

Dated: January 13, 2011

/s/ Armand D. Roth
ARMAND D. ROTH)
Special Assistant U.S. Attorney

Attorneys for Defendant

PURSUANT TO THE STIPULATION, IT IS SO ORDERED

DATED: January 13, 2011

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE