Shanny J. Lee, Calif. Bar No. 213599
LAW OFFICES OF HARRY J. BINDER
AND CHARLES E. BINDER, P.C.
4000 W. Metropolitan Dr.
Orange, CA 92868-3504
Phone (714) 564-8644
Fax   (714) 564-8641
Email:  shannyjlee@gmail.com
Attorney for plaintiff Herbert L. Mathis

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT L. MATHIS<br><br>PLAINTIFF,<br><br>v.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br><br>DEFENDANT. | No. 10-cv-01789-CMK<br><br>[PROPOSED] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), and for cause shown,

IT IS ORDERED that plaintiff is awarded attorney's fees pursuant to the Equal Access to Justice Act ("EAJA") in the amount of THREE THOUSAND SEVEN HUNDRED TWENTY EIGHT DOLLARS and 78/100's ($3,728.78), and costs in the amount of THREE HUNDRED FIFTY dollars ($350.00), as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: September 29, 2011

/s/ Craig M. Kellison
HONORABLE CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE